Paul J. Kennedy, Albuquerque, NM, for plaintiffs-appellants.

Luis Robles, Asst. City Atty., Albuquerque, NM, for defendants-appellees Ivan Smith and Desi Garcia.

Before TACHA, BRORBY, Circuit Judges, and KANE,* Senior District Judge.

KANE, Senior District Judge.

Plaintiffs David Starnes and Shannon Rumley appeal from a summary judgment dismissing their claims against defendants Desi Garcia and Ivan Smith.[1] Plaintiffs argue that 1) they were denied an opportunity to respond adequately to defendants' motion for summary judgment, 2) certain material facts remain disputed, and 3) the district court's grant of summary judgment to defendants was inconsistent with applicable case law.

Plaintiffs' brief fails to comply with various rules found in Fed.R.App.P. 28 and 10th Cir.R. 28.2. In particular, the brief contains no statement of subject matter and appellate jurisdiction, as required by Fed.R.App.P. 28(a)(2); no separate statement of the issues presented for review, as required by Fed.R.App.P. 28(a)(3); and no statement of the applicable standard of review before discussion of each issue in the argument portion of the brief, as required by 10th Cir.R. 28.2(b). Of particular concern is plaintiffs' failure to include a statement of facts with supporting references to the record, as required by Fed.R.App.P. 28(a)(4).

Nevertheless, we have read and considered plaintiffs' arguments and are convinced that even if their brief had been in compliance with these rules, we would find their arguments to be meritless. *See SEC v. Thomas,* 965 F.2d 825, 827 (10th Cir.1992). Therefore, the judgment of the United States District Court for the District of New Mexico is AFFIRMED. The matter is referred to the clerk for institution of disciplinary proceedings against Attorney Paul J. Kennedy for repeated filings of an appellant's brief in violation of Fed.R.App.P. 28 and 10th Cir.R. 28.2, as set forth above.

Rev. E.K. HALL, Sr.; David Walker; U.S. Donalson; Richard Harris; Willie Ates; Rev. Wilson C. Roberson; NAACP Chapter of Cochran, Bleckley County, Plaintiffs–Appellants,

v.

Jackie HOLDER, Individually and in his official capacity as County Commissioner for Bleckley County, Georgia; Robert Johnson, Individually and in his official capacity as Superintendent of Elections for Bleckley County, Defendants–Appellees,

Charles Killebrew, Individually and in his official capacity as Mayor of the City of Cochran; Lonnie Barlow; Ben Jessup; C.C. Grooms; Willie Basby; Billy Ray Godfrey, and T.C. Greer, Individually and in their official capacities as Aldermen of the City of Cochran; William J. Lucas, Individually and in his official capacity as Superintendent of Elections for the City of Cochran; Freddie White; Wayne Rogers; Wayne Tripp; Sonja Curtis, and J. Larry Williams, Individually as in their official capacities as Members of the Bleckley County Board of Education, Defendants.

No. 91–8306.

United States Court of Appeals, Eleventh Circuit.

Nov. 10, 1994.

Christopher Coates, Milledgeville, GA, Laughlin McDonald, ACLU, Atlanta, GA, for appellants.

---

* Honorable John L. Kane, Jr., Senior District Judge, United States District Court for the District of Colorado, sitting by designation.

1. After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed.R.App.P. 34(a); 10th Cir.R. 34.1.9. The case is therefore ordered submitted without oral argument.

R. Napier Murphy, Martin Snow, Grant & Napier, John C. Daniel, III, Macon, GA, William Lonnie Barlow, Arnold & Barlow, Cochran, GA, for appellees.

Before HATCHETT, Circuit Judge, FAY and GIBSON *, Senior Circuit Judges.

PER CURIAM:

This case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *Holder v. Hall,* —— U.S. ——, 114 S.Ct. 2581, 129 L.Ed.2d 687 (1994).

REMANDED.

Johnny M. YOUNG, Plaintiff–Appellant,

v.

Charlie E. JONES, Warden; Cos II—James E. Carver; Co I—Marilyn Gorum, Defendants–Appellees.

No. 92–6757.

United States Court of Appeals, Eleventh Circuit.

Nov. 10, 1994.

* Honorable Floyd R. Gibson, U.S. Circuit Judge for the Eighth Circuit, sitting by designation.